**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MICHAEL SHERMAN ALLEN,               )
                                     )
            Plaintiff,               )          2:19-cv-01258-RJC
                                     )
    vs.                              )
                                     )          Judge Robert J. Colville
CO ROBERT HOLLOWOOD, CO PAUL         )
GAFFEY, SGT. CHRISTOPHER             )
SHELDON, KERRI CROSS, LIEUT.         )
ALBERT WOOD, SGT. MICHAEL            )
PIERCE, RHONDA HOUSE, GRIEVANCE      )
COORDINATOR; WAYNE INNISS,           )
STAFF ASSISTANT; DORINA VARNER,      )
CHIEF GRIEVANCE OFFICER; MARK        )
CAPOZZA, FACILITY MAN.; CO JUAN      )
MACIAS, JOHN/JANE DOES,              )
                                     )
            Defendants.              )

**HEARING MEMO/MINUTE ENTRY**

**Hearing Date:** October 25, 2023
**Time:**  12:00 p.m. – 12:30 a.m.
**Type of Conference:** Telephonic Discovery Status Conference
**Reporter:** Barbara Loch
**Deputy Clerk/Law Clerk:**  Tyler Klein (Tyler_Klein@pawd.uscourts.gov)

**Counsel For Plaintiff**
Leticia C. Chavez-Freed, Esquire

**Counsel For Defendants**
Michael P. Gaetani, Esquire
Jorden P. Colalella, Esquire

**Orders, Remarks, Instructions**

• The Court convened a Telephonic Discovery Status Conference.  The parties have leave to file the Motions in Limine discussed during the conference.