IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL SHERMAN ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-cv-01258-RJC |
| | ) | |
| vs. | ) | |
| | ) | Judge Robert J. Colville |
| CO ROBERT HOLLOWOOD, CO PAUL GAFFEY, SGT. CHRISTOPHER SHELDON, KERRI CROSS, LIEUT. ALBERT WOOD, SGT. MICHAEL PIERCE, RHONDA HOUSE, GRIEVANCE COORDINATOR; WAYNE INNISS, STAFF ASSISTANT; DORINA VARNER, CHIEF GRIEVANCE OFFICER; MARK CAPOZZA, FACILITY MAN.; CO JUAN MACIAS, JOHN/JANE DOES, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**HEARING MEMO/MINUTE ENTRY**

**Hearing Date:** October 25, 2023
**Time:**  4:45 p.m. – 5:10 p.m.
**Type of Conference:** Telephonic Status Conference
**Reporter:** Barbara Loch
**Deputy Clerk/Law Clerk:**  Tyler Klein (Tyler_Klein@pawd.uscourts.gov)

**Counsel For Plaintiff**
Leticia C. Chavez-Freed, Esquire

**Counsel For Defendants**
Michael P. Gaetani, Esquire
Jorden P. Colalella, Esquire

**Orders, Remarks, Instructions**

- The Court convened a Telephonic Status Conference to discuss issues brought to the Court's attention by Plaintiff's counsel.  Defense Counsel to follow up with the Court's law clerk via email by no later than **9:00 a.m. on October 26, 2023**.