# UNITED STATES DISTRICT COURT
### FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

Michael Allen Sherman

vs  No. 19-1258   CIVIL

CO ROBERT HOLLOWOOD et al

Time for Selection: Begins: 9:50 a.m. 10/30/23

Ends: 4:30 PM on 11/1/23

Date:

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 1 | Jordan Davis | 10 | |
| 2 | Elvin Rivera-Quinones | 11 | |
| 3 | Jason Betters | 12 | |
| 4 | Courtney Medved | 13 | |
| 5 | Deborah Mancuso | 14 | |
| 6 | Grayson Hixon | 15 | |
| 7 | Ralph Flaugher | 16 | |
| 8 | Benjamin Spriggs | 17 | |
| 9 | | 18 | |

## WITNESSES

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| P 1 | Michael Sherman Allen Sr. | D 1 | Larissa Kutek |
| P 2 | Kerri Cross | D 2 | |
| P 3 | Juan Macias | D 3 | |
| P 4 | Christopher Sheldon | D 4 | |
| P 5 | Robert Hollowood | | |

**CLERK'S MEMORANDUM**

| | | | | |
|---|---|---|---|---|
| Civil Number | 2:19-cv-1258 | Case closed | 11/1/2023 | ___ |
| Before Judge | Hon. Robert J. Colville | Judge Charges Jury | 11:50 AM on 11/1/2023 | ___ |
| Appears for Pltf. | Leticia Chavez-Freed, Esq. | Jury Retires | 11/1/2023 | ___ |
| | | Verdict | 4:20 PM on 11/1/2023 | ___ |
| Appears for Deft. | Jorden Colalella, Esq. | | | |
| | Michael Gaetani, Esq. | | | |
| Appears for 3rd pty. | | | | |
| Pltf. opens | 11:47 AM on 10/30/2023 | Bailiff in charge/Law Clerk | T.Klein | |
| Pltf. rest | 4:15 PM on 10/31/2023 | Court Reporter | B.Loch | |
| Pltf. close | 9:45 AM on 11/1/2023 | Deputy Clerk | C. Orendi | |
| Deft. opens | 11:57 AM on 10/30/2023 | | | |
| Deft. rest | 9:00 AM on 11/1/2023 | | | |
| Deft. close | 10:00 AM on 11/1/2023 | | | |

**JURY**

1. Jordan Davis
2. Elvin Rivera-Quinones
3. Jason Betters
4. Courtney Medved
5. Deborah Mancuso
6. Grayson Hixson
7. Ralph Flaugher
8. Benjamin Spriggs

**TRIAL MOTIONS**

Defense Oral Rule 50 Motions 10/31/23 – Denied on the Record 11/1/23

**TRIAL MEMORANDUM**

**Dates of Trial**

| | | |
|---|---|---|
| **Trial Opens** | 10/30/23 | ___ |
| **Continues** | 10/31/23 | ___ |
| **Continues** | 11/1/23 | ___ |
| **Continues** | | ___ |
| **Continues** | | ___ |
| **Continues** | | ___ |
| **Continues** | | ___ |
| **Continues** | | 20___ |
| **Continues** | | 20___ |
| **Continues** | | 20___ |
| **Continues** | | 20___ |
| **Continues** | | 20___ |
| **Continues** | | 20___ |
| **Continues** | | 20___ |
| **Continues** | | 20___ |
| **Continues** | | 20___ |
| **Trial closed** | 11/1/23 | ___ |
| **Verdict** | 11/1/23 | |