AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| MICHAEL SHERMAN ALLEN | ) |
| *Plaintiff* | ) |
| v. | ) |
| CO ROBERT HOLLOWOOD, et. al. | ) |
| *Defendant* | ) |

Civil Action No.   2:19-1258-RJC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)*   MICHAEL SHERMAN ALLEN                                   recover from the defendant *(name)*                    ROBERT HOLLOWOOD                     the amount of FIVE HUNDRED THOUSAND DOLLARS                     dollars ($ 500,000.00 ), which includes prejudgment interest at the rate of        0.00     %, plus post judgment interest at the rate of        0.00     % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*                                        recover costs from the plaintiff *(name)*                                                   .

☐  other:

This action was *(check one)*:

☑ tried by a jury with Judge   ROBERT J. COLVILLE                                        presiding, and the jury has rendered a verdict.

☐  tried by Judge                                                   without a jury and the above decision was reached.

☐  decided by Judge                                              on a motion for

Date:     November 2, 2023

CLERK OF COURT

s/*Carolyn J. Orendi*

*Signature of Clerk or Deputy Clerk*