# EXHIBIT F

| Date | EE | Activity | Description | | | |
|---|---|---|---|---|---|---|
| 10/25/2023 | LCC | Meeting | Calls with judge regarding Michael Allen being beaten, calls with Michael Allen, preparation to go to SCI Greene | $400.00 | 7.0 | $2,800.00 |
| 10/26/2023 | LCC | Legal Call | Legal call with Michael Allen | $400.00 | 1.0 | $400.00 |
| 10/26/2023 | LCC | Email Correspondence | Preservation notices sent out regarding eve of trial beating | $400.00 | 0.2 | $80.00 |
| 10/26/2023 | LCC | Telephonic Conference | Telephonic status conference regarding assault of Michael Allen | $400.00 | 1.0 | $400.00 |
| 10/27/2023 | LCC | Email Correspondence | Email with court and opposing counsel | $400.00 | 0.4 | $160.00 |
| 10/27/2023 | LCC | Meeting | Meeting with Michael Allen at SCI Greene | $400.00 | 0.5 | $200.00 |
| 10/27/2023 | LCC | Email Correspondence | Email review to/from Jordan regarding trial binders | $400.00 | 0.1 | $40.00 |
| 10/27/2023 | LCC | Travel | Travel to SCI Greene from HBG office (210 miles) | $400.00 | 3.4 | $1,360.00 |
| 10/27/2023 | LM | Travel | Travel to SCI Greene from HBG office (210 miles) | $150.00 | 3.4 | $510.00 |
| 10/27/2023 | LCC | Travel | Travel to HBG office from SCI Greene (210 miles) | $400.00 | 3.4 | $1,360.00 |
| 10/27/2023 | LM | Travel | Travel to HBG office from SCI Greene (210 miles) | $150.00 | 3.4 | $510.00 |
| 10/29/2023 | LCC | Travel | Travel from HBG office to Kimpton Monaco Pittsburg hotel (204 miles) | $400.00 | 3.3 | $1,320.00 |
| 10/29/2023 | LM | Travel | Travel from HBG office to Kimpton Monaco Pittsburg hotel (204 miles) | $150.00 | 3.3 | $495.00 |
| 10/29/2023 | LCC | Trial preparation | Trial preparation | $400.00 | 4.0 | $1,600.00 |
| 10/30/2023 | LCC | Document Review | Review of stipulations needed for allegations of jury instruction | $400.00 | 0.2 | $80.00 |
| 10/31/2023 | LCC | Email Correspondence | Email the court regarding possible rule 50 motion from defendants | $400.00 | 0.2 | $80.00 |
| 11/02/2023 | LCC | Travel | Travel from Kimpton Monaco Pittsburgh hotel to HBG office (204 miles) | $400.00 | | |
| 11/02/2023 | LM | Travel | Travel from Kimpton Monaco Pittsburgh hotel to HBG office (204 miles) | $150.00 | | |

Totals:

PLAINTIFF'S EXHIBIT F
www.supplyjustice.com

**Expenses**

*Total Expenses: 16,818.83*

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 03/26/2021 | AJL | Mediation | Justus ADR Services | $1,250.00 | 1.0 | $1,250.00 |
| 08/24/2021 | AJL | Deposition costs | Reliable Co.: Juan Macias | $887.92 | 1.0 | $887.92 |
| 08/24/2021 | AJL | Deposition costs | Reliable Co.: Joseph Rusnak | $365.20 | 1.0 | $365.20 |
| 09/28/2021 | AJL | Deposition costs | Reliable Co.: Gaffey | $235.00 | 1.0 | $235.00 |
| 10/18/2021 | AJL | Deposition costs | Allen, Michael - deposition transcript | $363.30 | 1.0 | $363.30 |
| 12/01/2021 | AJL | Expert witness fees | Richard Subia | $5,400.00 | 1.0 | $5,400.00 |
| 12/21/2021 | AJL | Deposition costs | Network Deposition Services | $414.40 | 1.0 | $414.40 |
| 02/11/2022 | LCC | Mediation | Mediation | $1,440.00 | 1.0 | $1,440.00 |
| 06/10/2023 | LCC | Trial preparation | Trial clothing | $17.49 | 1.0 | $17.49 |
| 06/10/2023 | LCC | Trial preparation | Trial clothing | $28.95 | 1.0 | $28.95 |
| 06/14/2023 | LCC | Office costs | Copies | $201.95 | 1.0 | $201.95 |
| 07/13/2023 | LCC | Trial preparation | Trial Clothing (Michael Allen) | $23.45 | 1.0 | $23.45 |

| 07/19/2023 | LCC | Deposition costs | Deposition RE: Cross and Poska | $949.92 | 1.0 | $949.92 |
|---|---|---|---|---|---|---|
| 07/24/2023 | LCC | Trial preparation | Trial Clothing (Michael Allen) | $18.48 | 1.0 | $18.48 |
| 07/24/2023 | LCC | Trial preparation | Trial Clothing (Michael Allen) | $115.34 | 1.0 | $115.34 |
| 08/25/2023 | LCC | Deposition costs | Sean Dailey | $225.00 | 1.0 | $225.00 |
| 10/01/2023 | LCC | Trial preparation | Trial prep with Traynor | $600.00 | 1.0 | $600.00 |
| 10/10/2023 | LCC | Office costs | Office copies | $25.19 | 1.0 | $25.19 |
| 10/11/2023 | LCC | Office costs | Copies | $28.49 | 1.0 | $28.49 |
| 10/22/2023 | LM | Trial preparation | Hotel Kimpton pre-trial | $354.99 | 1.0 | $354.99 |
| 10/22/2023 | LCC | Trial preparation | Hotel Kimpton pre-trial | $386.46 | 1.0 | $386.46 |
| 10/23/2023 | LCC | Trial preparation | Subpoena service | $431.50 | 1.0 | $431.50 |
| 10/29/2023 | LM | Trial preparation | Hotel Kimpton Trial | $959.85 | 1.0 | $959.85 |
| 10/29/2023 | LCC | Trial preparation | Hotel Kimpton Trial | $2,095.95 | 1.0 | $2,095.95 |

Expense Total: **$16,818.83**

| | |
|---|---|
| Time Entry Sub-Total: | $141,935.00 |
| Expense Sub-Total: | $16,818.83 |
| **Sub-Total:** | $158,753.83 |
| | |
| **Total:** | $158,753.83 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$158,753.83** |